

Debbie P. Kirkpatrick, Esq. (SBN 207112)
SESSIONS, FISHMAN, NATHAN & ISRAEL, L.L.P.
3667 Voltaire Street
San Diego, CA  92106
Tel: 619/758-1891
Fax: 619/222-3667
dkirkpatrick@sessions-law.biz

Attorney for Defendant NCO Financial Systems, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

**PJH**

| | |
|---|---|
| MARIA TICZON, an individual, | ) Case No.: |
| | ) **CV 08        1054** |
| Plaintiff, | ) |
| vs. | ) NOTICE OF REMOVAL OF ACTION |
| | ) UNDER 28 U.S.C. § 1441(b) |
| AMERICAN EXPRESS | ) |
| CORPORATION; NCO FINANCIAL | ) |
| SYSTEMS, INC.; DOES 1 THROUGH | ) |
| 10, | ) |
| | ) |
| Defendants. | ) |
| | ) |

TO THE CLERK OF THE ABOVE-ENTITLED COURT:

PLEASE TAKE NOTICE THAT defendant NCO Financial Systems, Inc. hereby removes to this Court the state court action described below.

1.      This action is a civil action of which this Court has original jurisdiction under 28 U.S.C. § 1331, and is one which may be removed to this Court by defendant pursuant to the provisions of 28 U.S.C. § 1441(b) in that it arises under the Fair Debt Collection Practices Act, 15 U.S.C. § 1692, *et seq.*

2.      On or about January 15, 2008 the action was commenced in the Superior Court of California, County of San Mateo, entitled *Maria Ticzon v. American Express Corporation, et al.*, Case Number CLJ 469255.  A copy of the Complaint is attached hereto as Exhibit A.

Notice of Removal of Action

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

    3.       The first date upon which defendant received a copy of the said complaint was January 23, 2008, when defendant was served with a copy of the Summons and Complaint.  A copy of the Summons is attached hereto as Exhibit B.

    4.  Upon information and belief, to date no other named defendant has been served in this action other than defendant NCO Financial Systems, Inc.

Dated:   *2/20/08*

SESSIONS, FISHMAN, NATHAN
& ISRAEL, L.L.P.


Debbie P. Kirkpatrick
Attorney for Defendant
NCO Financial Systems, Inc.

Notice of Removal of Action

2

# Exhibit A

1  Irving L. Berg (SBN 36273)
   THE BERG LAW GROUP
2  145 Town Center, PMB 493
   Corte Madera, California 94925
3  (415) 924-0742
   (415) 891-8208 (Fax)
4  irvberg@comcast.net (e-mail)

5  ATTORNEY FOR PLAINTIFF

**ENDORSED FILED**
SAN MATEO COUNTY

JAN 1 5 2008

Clerk of the Superior Court
By _____ R. Montgomery _____
DEPUTY CLERK

6

7              SUPERIOR COURT OF THE STATE OF CALIFORNIA

8                        COUNTY OF SAN MATEO

9                            LIMITED CIVIL

10  MARIA TICZON, an individual,          Case No.: **CLJ 4 6 9 2 5 5**

11                Plaintiff,              **COMPLAINT SEEKING DAMAGES FOR**
                                          **UNLAWFUL DEBT COLLECTION**
12  v.                                    **PRACTICES**

13  AMERICAN EXPRESS CORPORATION;         **DEMAND FOR JURY TRIAL**
    NCO FINANCIAL SYSTEMS, INC.; DOES
14  1 THROUGH 10,

15  _____ Defendants. _____ /

16                        I. **INTRODUCTION**

17      1.    Plaintiff MARIA TICZON is a resident of San Mateo County.  She brings this

18  lawsuit to seek damages for Defendants' violation  of the California and Federal laws regulating

19  consumer debt collection practices.

20      2.    The Defendants, AMERICAN EXPRESS CORPORATION and NCO

21  FINANCIAL SYSTEMS, INC., are debt collectors as defined at Cal. Civ. Code § 1788.2(c),

22  which provides:

23          **(c) The term "debt collector" means any person who, in the**
            **ordinary course of business, regularly, on behalf of himself or**
24          **herself or others, engages in debt collection.**

25      3.    The California law, known as the Rosenthal Fair Debt Collection Practices Act, is

26  at Cal. Civ. Code § 1788, *et seq.*  The California law incorporates provisions of the federal Fair

27  Debt Collection Practices Act ("FDCPA"), pursuant to Cal. Civ. Code § 1788.17, which states:

28

COMPLAINT SEEKING DAMAGES                    MARIA TICZON V. AMERICAN EXPRESS
                              1              CORP., *et al.*

**....every debt collector collecting or attempting to collect a consumer debt shall comply with the provisions of Sections 1692b to 1692j.... of Title 15 of the United States Code [i.e., the FDCPA].**

4.    Plaintiff, by this action, seeks statutory damages, attorney's fees and costs.

## II. JURISDICTION AND VENUE

5.    Jurisdiction in this court is conferred by 15 U.S.C. § 1692k(d).

6.    Venue is proper in this county because Defendants do business in this county, and the collection communications were received in this county.

## III. PARTIES

7.    Plaintiff, MARIA TICZON ("Ms. Ticzon") is a married woman who resides with her husband in South San Francisco, CA.

8.    Defendant AMERICAN EXPRESS CORPORATION ("AEX") has its principal office at 200 Vesey World Financial Lane, New York.    AEX is a debt collector as defined at Cal. Civ. Code § 1788.2.  AEX is amenable to service of process on an officer at its principal office.

9.    Defendant NCO FINANCIAL SYSTEMS, INC. ("NCO") has its principal office at 507 Prudential Road, Horsham, PA 19044.  NCO is a debt collector as defined by 15 U.S.C. § 1692a(6), and as defined by Cal. Civ. Code § 1788.2.  Defendant NCO is served with legal process on an officer at its principal office.

10.    Plaintiff is ignorant of the true names or capacities of the defendants sued herein under the fictitious names of DOE ONE through TEN inclusive.

11.    Each of the fictitiously named Doe Defendants is responsible in some manner for the wrongdoing alleged herein, and is liable for the damages recoverable by Plaintiff.  Each of the Defendants was acting as agent or employee for the others.  Plaintiff will seek leave of the court to name the Doe defendants when their true names and identities are ascertained.

## IV. FACTUAL ALLEGATIONS

12.    Defendant AEX extended a credit card accommodation to Ms. Ticzon.  The last four digits of the account were designated as 1009.

13.    The account was used for purchase of consumer goods for Plaintiff's personal and

COMPLAINT SEEKING DAMAGES                          MARIA TICZON V. AMERICAN EXPRESS
                                 2                 CORP., *et al.*

1  household needs.

2      14.    Plaintiff was unable to make payment on the account because of financial

3  setbacks.

4      15.    Plaintiff sought legal representation to help her through this bleak financial

5  period, and to deal with the unrelenting and stressful demands of her creditors and their

6  collection agents. She hired attorney Irving L. Berg for legal representation.

7      16.    Plaintiff was advised by her attorney that, once her creditors and their collection

8  agents were advised of attorney representation, the law required that the creditors and their

9  collection agents must leave Plaintiff alone and deal with the attorney.

10      17.    On September 15, 2007, Plaintiff's attorney sent Defendant AEX a letter advising

11  of his representation of Plaintiff. Exhibit A is a copy of the letter. The letter states, among other

12  things:

13      **All communications concerning my client's financial affairs,
        including the captioned debt, and any other debts YOU**

14      **CLAIM owed by my client shall hereafter be made to this
        office in writing.**

15

16      18.    Some date thereafter, Defendant AEX appointed Defendant NCO as its agent.

17  AEX transferred and turned over to Defendant NCO Plaintiff's account, including the letter of

18  attorney representation (Exhibit A), and notes of Defendant AEX's collection action taken

19  against Plaintiff to collect the claim against Plaintiff.

20      19.    On December 13, 2007, Defendant NCO, notwithstanding the notice of attorney

21  representation (Exhibit A), wrote Plaintiff directly, demanding payment of the account. Exhibit

22  B is a copy of the NCO letter.

23      20.    Defendant AEX and its agent, Defendant NCO, are liable for sending a collection

24  letter, Exhibit B, to Plaintiff after advisement of attorney representation. Defendants' conduct

25  violates Cal. Civ. Code § 1788.14(c), which prohibits:

26      **(c) Initiating communications other than statements of
        account, with the debtor with regard to the consumer debt,**

27      **when the debt collector has been previously notified in writing**

28

COMPLAINT SEEKING DAMAGES                    3        MARIA TICZON V. AMERICAN EXPRESS
                                                      CORP., et al.

1  by the debtor's attorney that the debtor is represented by such
2  attorney with respect to the consumer debt and such notice
   includes the attorney's name and address and a request by
3  such attorney that all communications regarding the consumer
   debt be addressed to such attorney, unless the attorney fails to
   answer correspondence, return telephone calls, or discuss the
4  obligation in questions.

5       21.     Said conduct further violates 15 U.S.C. § 1692c(a)(2), which states a debt

6  collector may not communicate with a consumer without the consumer's permission:

7       **(2) if the debt collector knows the consumer is represented by an
        attorney with respect to such debt and has knowledge of, or can
8       readily ascertain, such attorney's name and address, unless the
        attorney fails to respond within a reasonable period of time to a
9       communication from the debt collector or unless the attorney consents
        to direct communication with the consumer....**

10                        **CLAIM FOR RELIEF**

11      22.     Plaintiff incorporates by reference all of the foregoing paragraphs.

12      23.     Defendants violate Cal. Civ. Code § 1788.14(c) and 15 U.S.C. § 1692c(a)(2) by

13
   communicating with Plaintiff after receiving notice of attorney representation.

14                          **V.  PRAYER**

15      WHEREFORE, according to the remedies allowable under the California law and Federal

16
   law, as provided by Cal. Civ. Code § 1788.32:

17       The remedies provided herein are intended to be cumulative and
18       are in addition to any other procedures, rights, or remedies under
         any other provision of law,

19
   Plaintiff prays for damages as follows:
20
        A.      Statutory damages of $2,000 as to Defendant American Express, pursuant to Cal.
21
   Civ. Code §§ 1788.30(b) and 15 U.S.C. § 1692k;
22
        B.      Statutory damages of $2,000 as to Defendant NCO, pursuant to Cal. Civ. Code §
23
   1788.30(b) and 15 U.S.C. § 1692k;
24
        C.      Statutory damages of $6,000 as to each of the Doe Defendants, each to pay their
25
   proportionate share of statutory liability, pursuant to 15 Cal. Civ. Code §1788.30(b) and U.S.C. §
26
   1692k;
27

28

COMPLAINT SEEKING DAMAGES                          MARIA TICZON V. AMERICAN EXPRESS
                              4                    CORP., *et al.*

1      D.      Reasonable attorney's fees and costs, pursuant to Cal. Civ. Code § 1788.30 and 15

2  U.S.C. § 1692k(a)(3).

3

Dated:  __12/22/07__                         __/s/_____

4                                             Irving L. Berg
                                              THE BERG LAW GROUP
5                                             145 Town Center, PMB 493
                                              Corte Madera, California 94925
6                                             (415) 924-0742
                                              (415) 891-8208 (Fax)
7
                                              ATTORNEYS FOR PLAINTIFF
8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

COMPLAINT SEEKING DAMAGES                MARIA TICZON V. AMERICAN EXPRESS
                                5        CORP., *et al.*

# EXHIBIT A

*THE BERG LAW GROUP*
*ATTORNEYS AND COUNSELORS AT LAW*
*145 Town Center, PMB 493*
*Corte Madera, California 94925*
*Phone: (415) 924-0742 Fax: (415) 891-8208*
e-mail irvberg@comcast.net

IRVING L. BERG, ESQ.

September 15, 2007

American Express
P. O. Box 297879
Ft. Lauderdale, FL 33329-7879

<u>**Notice of Attorney Representation**</u>

Re:    *Maria Ticzon*
       Social Security No.: 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
       Account No.: xxxx51009
       Alleged Creditor: American Express

Dear Sir or Madam:

The captioned consumer is a client of mine. All communications concerning my client's financial affairs, including the captioned debt, and any other debts you claim are owed by my client, shall hereafter be made to this office <u>in writing</u>. My office responds only to written communication sent via the United States Postal Service. We do not respond to telephone calls, email, or fax transmissions. In the unlikely event that the legal relationship with my client is terminated, you will be notified in writing.

My client's Social Security number is noted above. Should you have any question regarding the identification of my client, send your inquiry <u>in writing</u> to the undersigned. Only <u>written inquiries</u> will be acknowledged.

Your collection practices are governed by Federal and California consumer laws. If you have any doubt as to these matters, deliver this letter to your attorney or insurance carrier. **The law prohibits you from contacting my client, my client's employer, or my client's family regarding the alleged debts. All inquiries regarding my client's financial affairs shall be directed to the undersigned, in writing.**

Further, please note that, should a legal action be brought in connection with your collection practices, that legal action could result in a judgment that would include actual costs of filing the complaint, actual costs of service of process, and reasonable attorney's fees.

Sincerely,

Irving L. Berg
ILB/rl

repletterCD6.frm

**EXHIBIT B**

1804 Washington Blvd
Mailstop 450
Dept 03
Baltimore, MD 21230

**NCO Financial Systems, Inc.**

*CD-5*

877-769-7484
OFFICE HOURS:
8AM-9PM MON THRU THURSDAY
8AM-5PM FRIDAY
8AM-12PM SATURDAY
Dec 13, 2007

Calls to or from this company may be monitored
or recorded for quality assurance.

58038

MARIA TICZON
-----
266 DUNDEE DR
S SAN FRAN, CA 94080

CREDITOR: AMERICAN EXPRESS CENTURION BN
ACCOUNT #: 3715269627531009
REGARDING: CID060918570014USD
PRINCIPAL: $ 3132.44
INTEREST: $ 0.00
INTEREST RATE:
COLLECTION CHARGES: $ 0.00
COSTS: $ 0.00
OTHER CHARGES: $ 0.00
TOTAL BALANCE: $ 3132.44

Please be advised that the creditor listed above has placed the above account with us to collect.

You may also make payment by visiting us online at www.ncofinancial.com. Your unique registration code is CBN50010-32C5UZ.

Unless you notify this office within 30 days after receiving this notice that you dispute the validity of the debt or any portion thereof, this office will assume this debt is valid. If you notify this office in writing within 30 days from receiving this notice, this office will obtain verification of the debt or obtain a copy of a judgement and mail you a copy of such judgement or verification. If you request this office in writing within 30 days after receiving this notice, this office will provide you with the name and address of the original creditor, if different from the current creditor.

## PLEASE SEE IMPORTANT INFORMATION ON REVERSE SIDE

This is an attempt to collect a debt. Any information obtained will be used for that purpose. This is a communication from a debt collector.
PLEASE RETURN THIS PORTION WITH YOUR PAYMENT (MAKE SURE ADDRESS SHOWS THROUGH WINDOW)

| Account # | Total Balance |
|---|---|
| BN5001 | $3132.44 |
| MARIA TICZON | |

Payment Amount

$

Check here if your address or phone number has
changed and provide the new information below.

Make Payment To:

NCO FINANCIAL SYSTEMS
PO BOX 15456
WILMINGTON DE  19850-5456

L   36

010300BN50014000000140000 0000003132440



$4.60⁹
US POSTA
PRIORITY MA
071V0064348
9492

7006 0100 0004 4234

From:    THE BERG LAW GROUP
         145 TOWN CENTER, PMB 493
         CORTE MADERA, CA 94925

To:

         Chief Executive Officer
         NCO Financial Systems, Inc.
         507 Prudential Road
         Horsham, PA 19044
         PERSONAL & CONFIDENTIAL
         COURT DOCUMENTS ENCLOSED

Exhibit B

# SUMMONS
## *(CITACION JUDICIAL)*

| | FOR COURT USE ONLY<br>*(SOLO PARA USO DE LA CORTE)* |
|---|---|

**NOTICE TO DEFENDANT:**
*(AVISO AL DEMANDADO):*
AMERICAN EXPRESS CORPORATION; NCO FINANCIAL
SYSTEMS, INC.; DOES 1 THROUGH 10,

**ENDORSED FILED**
SAN MATEO COUNTY

**JAN 1 5 2008**

Clerk of the Superior Court
By   R. Montgomery
DEPUTY CLERK

**YOU ARE BEING SUED BY PLAINTIFF:**
*(LO ESTÁ DEMANDANDO EL DEMANDANTE):*
MARIA TICZON, an individual

You have 30 CALENDAR DAYS after this summons and legal papers are served on you to file a written response at this court and have a copy served on the plaintiff.  A letter or phone call will not protect you. Your written response must be in proper legal form if you want the court to hear your case. There may be a court form that you can use for your response. You can find these court forms and more information at the California Courts Online Self-Help Center (www.courtinfo.ca.gov/selfhelp), your county law library, or the courthouse nearest you.  If you cannot pay the filing fee, ask the court clerk for a fee waiver form.  If you do not file your response on time, you may lose the case by default, and your wages, money, and property may be taken without further warning from the court.
There are other legal requirements. You may want to call an attorney right away. If you do not know an attorney, you may want to call an attorney referral service. If you cannot afford an attorney, you may be eligible for free legal services from a nonprofit legal services program. You can locate these nonprofit groups at the California Legal Services Web site (www.lawhelpcalifornia.org), the California Courts Online Self-Help Center (www.courtinfo.ca.gov/selfhelp), or by contacting your local court or county bar association.

*Tiene 30 DÍAS DE CALENDARIO después de que le entreguen esta citación y papeles legales para presentar una respuesta por escrito en esta corte y hacer que se entregue una copia al demandante. Una carta o una llamada telefónica no lo protegen.  Su respuesta por escrito tiene que estar en formato legal correcto si desea que procesen su caso en la corte. Es posible que haya un formulario que usted pueda usar para su respuesta.  Puede encontrar estos formularios de la corte y más información en el Centro de Ayuda de las Cortes de California (www.courtinfo.ca.gov/selfhelp/espanol/), en la biblioteca de leyes de su condado o en la corte que le quede más cerca. Si no puede pagar la cuota de presentación, pida al secretario de la corte que le dé un formulario de exención de pago de cuotas.  Si no presenta su respuesta a tiempo, puede perder el caso por incumplimiento y la corte le podrá quitar su sueldo, dinero y bienes sin más advertencia.
Hay otros requisitos legales.  Es recomendable que llame a un abogado inmediatamente. Si no conoce a un abogado, puede llamar a un servicio de remisión a abogados.  Si no puede pagar a un abogado, es posible que cumpla con los requisitos para obtener servicios legales gratuitos de un programa de servicios legales sin fines de lucro.  Puede encontrar estos grupos sin fines de lucro en el sitio web de California Legal Services, (www.lawhelpcalifornia.org), en el Centro de Ayuda de las Cortes de California, (www.courtinfo.ca.gov/selfhelp/espanol/) o poniéndose en contacto con la corte o el colegio de abogados locales.*

| The name and address of the court is:<br>*(El nombre y dirección de la corte es):* | CASE NUMBER<br>*(Número del Caso):* **CLJ 469255** |
|---|---|

Superior Court of California, County of San Mateo
Southern Branch - Limited Civil
400 County Center, Redwood City, CA  94063-1655

The name, address, and telephone number of plaintiff's attorney, or plaintiff without an attorney, is:
*(El nombre, la dirección y el número de teléfono del abogado del demandante, o del demandante que no tiene abogado, es):*
Irving L. Berg, Attorney at Law, THE BERG LAW GROUP
145 Town Center, PMB 493, Corte Madera, CA  94925,  (415) 924-0742

| DATE:<br>*(Fecha)* **JAN 1 5 2008**  JOHN C. FITTON | Clerk, by<br>*(Secretario)* ₹ **MONTGOMERY** | , Deputy<br>*(Adjunto)* |
|---|---|---|

*(For proof of service of this summons, use Proof of Service of Summons (form POS-010).)*
*(Para prueba de entrega de esta citación use el formulario Proof of Service of Summons, (POS-010)).*

**NOTICE TO THE PERSON SERVED:** You are served
1. ☐ as an individual defendant.
2. ☐ as the person sued under the fictitious name of *(specify):*

3. ☐ on behalf of *(specify):*

   under:  ☐ CCP 416.10 (corporation)       ☐ CCP 416.60 (minor)
           ☐ CCP 416.20 (defunct corporation)   ☐ CCP 416.70 (conservatee)
           ☐ CCP 416.40 (association or partnership)  ☐ CCP 416.90 (authorized person)
           ☐ other *(specify):*
4. ☐ by personal delivery on *(date):*

[SEAL]

Page 1 of 1

Form Adopted for Mandatory Use
Judicial Council of California
SUM-100 [Rev. January 1, 2004]

**SUMMONS**

Code of Civil Procedure §§ 412.20, 465
American LegalNet, Inc. | www.USCourtForms.com

CASE NAME:  TICZON, MARIA v. NCO FINANCIAL SYSTEMS, INC.
CASE NO:

<b>PROOF OF SERVICE</b>

I, the undersigned, hereby certify that I am a citizen of the United States, over the age of 18 years and not a party to the within action; my business address is 3667 Voltaire Street, San Diego, California 92106.  On this date I served the within:

NOTICE OF REMOVAL OF ACTION UNDER 28 U.S.C. § 1441(b)

( XX )  BY U.S. MAIL

        I served a true and correct copy of the above-named documents by mail by placing the same in a sealed envelope with postage fully prepaid, and depositing said envelope in the U.S. mail at San Diego, California.  Said envelope(s) was/were addressed as listed hereafter:

(   )    BY FACSIMILIE MACHINE

        I caused to be transmitted by facsimile machine a true copy of the above-named documents to the below listed.  Attached hereto is the Confirmation Report confirming the status of the transmission.

(   )    BY PERSONAL SERVICE

        I caused to be served by hand a true copy of the above named document as listed hereafter.


Irving L. Berg, Esq.
THE BERG LAW GROUP
145 Town Center, PMB 493
Corte Madera, CA 94925



I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Dated:  February 20, 2008

                                                     _____
                                                              Ann M. Coito