Debbie P. Kirkpatrick, Esq. (SBN 207112)
SESSIONS, FISHMAN, NATHAN & ISRAEL, L.L.P.
3667 Voltaire Street
San Diego, CA 92106
Tel: 619/758-1891
Fax: 619/222-3667
dkirkpatrick@sessions-law.biz

Attorney for Defendant NCO Financial Systems, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIA TICZON, an individual<br><br>Plaintiff,<br>vs.<br><br>AMERICAN EXPRESS CORPORATION; NCO FINANCIAL SYSTEMS, INC.; DOES 1 THROUGH 10<br><br>Defendant. | Case No.: CV 08-1054 PJH<br><br>PROOF OF SERVICE OF ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE AND ADR DEADLINES |

Attached hereto is Proof of Service of ECF Registration Information Handout, Order Setting Initial Case Management Conference and ADR Deadlines, Guidelines, Drop Box Filing Procedures, Notice of Availability of Magistrate Judge to Exercise Jurisdiction.

Dated: February 28, 2008

SESSIONS, FISHMAN, NATHAN
& ISRAEL, L.L.P.

_____
Debbie P. Kirkpatrick
Attorney for Defendant
NCO Financial Systems, Inc.

Proof of Service

1

CASE NAME: TICZON, MARIA v. NCO FINANCIAL SYSTEMS, INC.
CASE NO: CV 08-1054 PJH

## PROOF OF SERVICE

I, the undersigned, hereby certify that I am a citizen of the United States, over the age of 18 years and not a party to the within action; my business address is 3667 Voltaire Street, San Diego, California 92106. On this date I served the within:

ECF REGISTRATION INFORMATION HANDOUT, ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE AND ADR DEADLINES, GUIDELINES, DROP BOX FILING PROCEDURES, NOTICE OF AVAILABILITY OF MAGISTRATE JUDGE TO EXERCISE JURISDICTION

( XX ) BY U.S. MAIL

    I served a true and correct copy of the above-named documents by mail by placing the same in a sealed envelope with postage fully prepaid, and depositing said envelope in the U.S. mail at San Diego, California. Said envelope(s) was/were addressed as listed hereafter:

( )    BY FACSIMILIE MACHINE

    I caused to be transmitted by facsimile machine a true copy of the above-named documents to the below listed. Attached hereto is the Confirmation Report confirming the status of the transmission.

( )    BY PERSONAL SERVICE

    I caused to be served by hand a true copy of the above named document as listed hereafter.

Irving L. Berg, Esq.
THE BERG LAW GROUP
145 Town Center, PMB 493
Corte Madera, CA 94925

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Dated: February 28, 2008

_____
Marilyn Winder