Irving L. Berg (SBN 36273)
THE BERG LAW GROUP
145 Town Center, PMB 493
Corte Madera, California 94925
(415) 924-0742
(415) 891-8208 (Fax)
irvberg@comcast.net (e-mail)

ATTORNEY FOR PLAINTIFF

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

MARIA TICZON, an individual,      Case No.:    CV 08-01054 PJH

          Plaintiff,        **DISMISSAL WITH PREJUDICE**

v.

AMERICAN EXPRESS CORPORATION;
NCO FINANCIAL SYSTEMS, INC.; DOES
1 THROUGH 10,

          Defendants.      /

    Pursuant to FRCP 41(a), Plaintiff Maria Ticzon dismisses the herein lawsuit with prejudice.

Dated:  04/19/08               /s/
                            Irving L. Berg
                            THE BERG LAW GROUP

                            ATTORNEYS FOR PLAINTIFF