1 | Irving L. Berg (SBN 36273)
THE BERG LAW GROUP
145 Town Center, PMB 493
Corte Madera, California 94925
(415) 924-0742
(415) 891-8208 (Fax)
irvberg@comcast.net (e-mail)

ATTORNEY FOR PLAINTIFF

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| MARIA TICZON, an individual, | Case No.: CV 08-01054 PJH |
|---|---|
| Plaintiff, | **DISMISSAL WITH PREJUDICE** |
| v. | |
| AMERICAN EXPRESS CORPORATION; NCO FINANCIAL SYSTEMS, INC.; DOES 1 THROUGH 10, | |
| Defendants.         / | |

    Pursuant to FRCP 41(a), Plaintiff Maria Ticzon dismisses the herein lawsuit with prejudice.

Dated:  04/19/08                              /s/
                                              Irving L. Berg
                                              THE BERG LAW GROUP

                                              ATTORNEYS FOR PLAINTIFF

4/25/08

**IT IS SO ORDERED**
Judge Phyllis J. Hamilton
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA